371 A.2d 234

Commonwealth v. Nobles, Appellant.

Submitted March 22, 1976. Rudolph S. Pallastrone, for appellant; James W. Wilson, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 235

Commonwealth v. Nudge.

Tumpson Appeal.

Argued June 14, 1976. Barry P. Tumpson, appellant, in propria persona; Thomas F. Morgan, District Attorney, submitted a brief for Commonwealth, appellee.

Order affirmed.

PRICE and SPAETH, JJ., did not participate in the consideration or decision of this case.